UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| SONYA ROBERSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | 1:05-cv-0184-JDT-TAB |
| ) | |
| JO ANNE B. BARNHART, Commissioner of ) | |
| the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the final decision of the Commissioner that Sonya Roberson is not entitled to Disability Insurance Benefits and Supplemental Security Income based on her applications filed on January 25, 2002, is **AFFIRMED.**

Date: 07/07/2006

_____
John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

*Evelyn A. Hollins*

By: Deputy Clerk

Distribution:

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov

Patrick Harold Mulvany
mulvany@onet.net